**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 4:08 p.m.** on **Wednesday, May 21, 2025**, and adjourned at **4:13 p.m.**

PRESENT:   David J. Ayo, Magistrate Judge, Presiding
Christina Chicola, Minute Clerk
Recorded: Liberty Court Recorder 7
Time in Court: 05 minutes

### GRAND JURY REPORT

 X   Final Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

#### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:25-CR-00132-01 |  | X |
| 6:25-CR-00134-01 |  | X |
| 2:25-CR-00135-01* | X |  |
| 2:25-CR-00137-01* | X |  |
| 2:25-CR-00139-01 | X |  |
| 2:25-CR-00140-01* | X |  |
| 2:25-CR-00141-01* | X |  |
| 6:25-CR-00142-01* | X |  |
| 2:25-CR-00143-01* | X |  |
| 6:25-CR-00145-01*** | X |  |
| 2:25-CR-00146-01*** | X |  |

#### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 2:25-CR-00138-01* | X |  |
| 6:25-CR-00144-01 | X |  |
| 2:25-CR-00147-01 | X |  |

  X   Warrants/summons ordered issued as indicated.
   *   In Federal Custody
  **   Superseding Indictment
 ***   State Custody