UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO: 25-cr-00134-DCJ-CBW |
| | : |
| JACK MONTOUCET | : |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's *Motion to Enroll Counsel of Record* is granted and John Lane Ewing, Jr., and Donald J. Cazayoux, Jr., are enrolled as counsel on behalf of the defendant.

Signed in Lafayette, Louisiana on June 13, 2025.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE