# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**        **CASE NO. 25-cr-00134**

**VERSUS**                          **JUDGE JOSEPH**

**JACK MONTOUCET**                  **MAG. JUDGE WHITEHURST**

## ORDER

Considering the foregoing Motion to Certify Case as Complex and Extend Motion and Speedy Trial Act Deadlines,

IT IS HEREBY ORDERED that the case alleged by the indictment is classified and is certified as complex pursuant to the provisions of the Speedy Trial Act;

IT IS FURTHER ORDERED that the trial date in this case will be set beyond the 70-day period required by the Speedy Trial Act based on the complexity of the matter and because the ends of justice are best served in doing so as contemplated by 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

IT IS FURTHER ORDERED that the normal scheduling deadlines are hereby suspended and extended, and that the period for discovery is continued until seventy (70) days after the arrest and arraignment of the defendant.

IT IS FURTHER ORDERED that all motions deadlines will be set and begin to run after parties are afforded a reasonable amount of time to review the voluminous discovery and all further delays, including the setting of this matter for trial, are excluded under the Speedy Trial Act. Neither this Court nor the parties under the circumstances outlined in the

Government's motion can be expected to prepare effectively for the pretrial and trial proceedings in the time periods as stated in 18 U.S.C. § 3161.

Done and signed on June 18, 2025 in Lafayette, Louisiana

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE