UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          **CASE NO. 6:25-CR-00134-01**

**VERSUS**          **JUDGE DAVID C. JOSEPH**

**JACK MONTOUCET (01)**          **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## MINUTES

A telephone scheduling conference was held on June 18, 2025, starting at 11:00 a.m. and ending at 11:09 a.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Don Cazayoux, Lane Ewing, and John McLindon for Defendant and Lauren Gardner and LaDonte Murphy for the Government.

Considering the voluminous discovery spanning multiple investigations and the nature of the charges, the Court granted the Government's Motion to Certify Case as Complex and Extend Motion and Speedy Trial Act Deadlines (Rec. Doc. 12) and set trial for May 11, 2026, before Judge Joseph, with a pretrial conference on April 22, 2026, at 3:30 p.m. in chambers with Judge Joseph. The parties anticipate

---

[1] Statistical time: 9 minutes.

trial will last approximately ten days. A separate order and scheduling order shall be issued.

Signed at Lafayette, Louisiana, this 23rd day of June, 2025.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE